243 So.2d 529

**Roswell ENGSTROM**

v.

**CITY OF MOBILE.**

**1 Div. 14.**

Court of Criminal Appeals of Alabama.

Jan. 12, 1971.

E. Graham Gibbons, Mobile, for appellant.

Fred G. Collins, T. Raymond Williams, Mobile, for appellee.

ALMON, Judge.

Appellant was convicted of possessing obscene printed matter in violation of a Mobile City Ordinance.

No assignments of error appear in the record filed in this Court. For this reason the judgment appealed from is due to be affirmed. Ray v. City of Prichard, 45 Ala.App. 32, 222 So.2d 345, cert. denied Ala., 222 So.2d 346; Parks v. City of Montgomery, 38 Ala.App. 681, 92 So.2d 683.

Affirmed.